# United States Bankruptcy Court
## District of Nevada

## NOTICE OF DOCKETING ERROR

| | |
|---|---|
| In Re: | RICHARD AND CORINA FLORIO |
| Case Number: | 09–24437–btb |

| | | | |
|---|---|---|---|
| Filed On: | 04/23/2013 | Hearing Date: | NA |
| Document Number: | 136 | Hearing Time: | NA |

Title of PDF:    TRANSFER OF CLAIM

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

PDF has a missing, incorrect, or misspelled debtors name. Please file an amended pleading immediately.

Dated: 4/24/13                                           BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**For additional information, please contact:**
CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)
E–mail: helpdesk@nvb.uscourts.gov